**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-6261**

—————————

DELTON ASHBURN,

Plaintiff - Appellant,

versus

RON CHERRY, Superintendent Hampton Roads
Regional Jail; ERIC JONES, Lieutenant Hampton
Roads Regional Jail; TONYA HATCHETT, Captain
Hampton Roads Regional Jail; BLOSO KALONGO;
RALPH ABLASEAU; NSEKENNE KOLONGO, Doctors
Hampton Roads Regional Jail,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:06-cv-00935-LMB)

—————————

Submitted: July 31, 2007          Decided: August 16, 2007

—————————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Delton Ashburn, Appellant Pro Se. Jeff Wayne Rosen, Lisa Ehrich,
PENDER & COWARD, PC, Virginia Beach, Virginia; Coreen Antoinette
Bromfield, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delton Ashburn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ashburn v. Cherry, No. 1:06-cv-00935-LMB (E.D. Va. filed Jan. 23, 2007; entered Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED